

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-18-00771-CV

Gail **GILLETTE,**
Appellant

v.

Stephen **GRAVES,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03140
Honorable Richard Price, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On January 6, 2020, appellee filed a motion for reconsideration en banc. Because the panel has issued a different opinion, appellee's motion for reconsideration en banc is DENIED AS MOOT. *See* TEX. R. APP. P. 49.5.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court